In the Matter of Sidney Gondelman, an Attorney.— Application for reinstatement denied. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ.

In the Matter of the Application of Solomon Pomerance for Admission to the Bar. (From the States of North Dakota and Minnesota.) — Application denied without prejudice to renewal after application to the Court of Appeals for suspension of rule II of Rules [of the Court of Appeals] for the Admission of Attorneys and Counselors-at-Law. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

Isidore Appelson, Respondent, v. Samuel Feinstein, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

Columbia Ideal Quilting Co., Inc., Respondent, v. George Rubin and Others, Appellants. Joe Isaacs and Others, Defendants.— Order modified by reducing the fine to a single fine of $250, and as so modified affirmed, without costs. While this fine is imposed on all the appealing defendants, for which each appealing defendant is severally liable, and in default any one and all are liable to imprisonment, one payment is a satisfaction as to all. (*Socialistic Co-op. Pub. Assn.* v. *Kuhn*, 164 N. Y. 473.) Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ., concur. Settle order on notice.

Charles W. Danker, as Administrator, etc., of Agnes Danker, Deceased, Respondent, v. Prudential Insurance Company of America, Appellant.— Order of the City Court of Yonkers setting aside the verdict in favor of the defendant as being against the weight of evidence unanimously affirmed, with costs. The order indicates that the trial court acted with respect to the weight of evidence and this court is loath to interfere with the discretion of a trial court where it is predicated upon that ground and concerns in whole or in part oral evidence. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

Isidor Deutsch, Appellant, v. Jerry Liebross, Also Known as Joseph J. Liebross, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

Natalie Douque, Appellant, v. Henry Schroth, Respondent.— Order denying plaintiff's motion to direct defendant's attorney to accept further bills of particulars reversed upon the law and the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. The plaintiff having furnished, by her original bill of particulars and two further bills pursuant to the orders of December 31, 1929, and April 30, 1930, all the information within her knowledge or available to her as to the matters and items contained in said orders, the defendant should accept the further bills served by the plaintiff on or about May 19, 1930, and September 16, 1930. Lazansky, P. J., Young and Tompkins, JJ., concur; Kapper and Hagarty, JJ., dissent and vote to affirm.

Judah Dresner, Respondent, v. Hayman Epstein and Morris I. Tucker, Appellants.— Order denying motion to dismiss complaint for insufficiency affirmed, with ten dollars costs and disbursements, with leave to defendants to answer within ten days from service of a copy of the order herein. No opinion. Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ., concur.